IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAAHDI COLEMAN,

        Petitioner,                    No. 2:13-cv-0292 GGH P

   vs.

RICK HILL,

        Respondent.             ORDER

_____/

        Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1]  (No. CIV S-12-2621 DAD.)  Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who is considering the prior petition.

        The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Magistrate Judge who is considering the prior petition; no consolidation of the actions is effected.

/////

/////

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. This action is reassigned to Magistrate Judge Drozd for all further proceedings;

3 henceforth, the caption on documents filed in this action shall be shown as No. 2:13-cv-0292

4 DAD; and

5       2. The Clerk of the Court shall make appropriate adjustment in the assignment of

6 civil cases to compensate for this reassignment.

7 DATED: March 6, 2013

                      /s/ Gregory G. Hollows
                 UNITED STATES MAGISTRATE JUDGE

GGH:076/Cole0292.190.wpd